**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARCUS HEARD, an individual

Plaintiff,

v.

REDWOOD MATERIALS, INC., a Delaware corporation,

Defendant.

Case No. 3:26-cv-00672-ART-CSD

**ORDER GRANTING**

**STIPULATION TO COMPEL CASE TO ARBITRATION AND STAY CASE PENDING ARBITRATION**

Plaintiff Marcus Heard ("Heard") and Defendant Redwood Materials, Inc. ("Redwood") (collectively, the "Parties") stipulate and agree as follows:

1. This lawsuit arises from Heard's employment and separation from employment with Redwood. On September 3, 2026, Heard filed a complaint asserting claims for disability discrimination under NRS § 613.330 and 42 U.S.C. § 12112, retaliation under NRS § 613.340 and 42 U.S.C. § 12203, failure to provide reasonable accommodation under NRS §613.330 and 42 U.S.C. §12112(b)(5)(A), and interference under the federal Family and Medical Leave Act. (ECF 1).

2. After Heard filed and served his complaint, Redwood's counsel brought to the attention of Heard's counsel that, in connection with his employment at Redwood, Heard signed an offer letter, in which the Parties agreed to resolve "all state and federal statutory and discrimination

claims . . . by final and binding arbitration under the Judicial Arbitration and Mediation Services Rules of Practice and Procedure." (*See* Offer Letter attached hereto as **Exhibit 1**.)

3. Because Heard brings all his claims under federal and state statutes, the offer letter's arbitration provision encompasses each of Heard's claims. Accordingly, pursuant to Sections 3 and 4 of the Federal Arbitration Act ("FAA" or "Act"), 9 U.S.C. §§ 3-4, the Parties respectfully request the Court issue an order compelling arbitration and staying the judicial proceedings pending arbitration.

Date: October 5, 2026 Respectfully submitted,

/s/ Dora Lane
Dora Lane, Esq.
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
Email: Dora@ascent-employmentlaw.com

Attorney for Defendant
Redwood Materials, Inc.

/s/ Eric Lundy
Matthew Hale, Esq.
Erik K. Lundy, Esq.
Greenberg Gross LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
E-Mail: MHale@GGTrialLaw.com
E-Mail: ELundy@GGTrialLaw.com

Attorney for Plaintiff
Marcus Heard

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

Dated this 6th day of October, 2026.